UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | Chapter 13 |
| CARMELO CREED ) | Case No.: 20-11271 |
| Debtor, ) |  |

## MOTION TO AMEND THE CHAPTER 13 PLAN

Now comes the Debtor, Carmelo Creed, through counsel and hereby requests this Honorable Court allow him to amend the Chapter 13 Plan. As reasons therefore, the debtor state as follows:

1. The Amended Chapter 13 Plan accurately treats all creditors based on the claim register.

WHEREFORE, Debtor, Carmelo Creed, hereby requests the court allow him to amend the Chapter 13 Plan.

Respectfully Submitted,
The Debtor,
By His Attorney,

/s/ Peter M. Daigle
Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 10
Centerville, MA 02632
(508) 771-7444

Dated: January 12, 2021

## CERTIFICATE OF SERVICE

   I hereby certify that I have caused a duplicate copy of the above to be served upon all parties of record by electronic e-mail and first class mail.

              /s/ Peter M. Daigle_____
              Peter M. Daigle, Esquire

Dated:  January 12, 2021

**Electronic Mail:**

Carolyn Bankowski, U.S. Trustee
John Fitzgerald, Asst. U.S. Trustee

**First Class Mail:**

**Alisa Katz Campbell**
P.O. Box 251
Stoughton, MA 02072

**Alisa Katz, Esq.**
Alisa Katz Campbell, P.C.
PO Box 251
Stoughton, MA 02072

**American Express**
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998

**American Express**
PO Box 297871
Fort Lauderdale, FL 33329

**Bank of America**
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

**Bank of America**
c/o Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY 14206

**Bank of America**
PO Box 982238
El Paso, TX 79998

**Bank of America, N.A.**
P O Box 982284
EL PASO, TX 79998-2238

**Barclays Bank Delaware**
PO Box 8803
Wilmington, DE 19899

**Barclays Bank Delaware**
c/o Financial Recovey Services, Inc.
PO Box 385908
Minneapolis, MN 55438

**Barclays Bank Delaware/JetBlue Card**
Attn: Correspondence
PO Box 8801
Wilmington, DE 19899

**Capital Management Services, LP**
698 1/2 South Ogden Street
Buffalo, NY 14206

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Capital One**
Po Box 30281
Salt Lake City, UT 84130

**Cavalry Portfolio Services**
PO Box 27288
Tempe, AZ 85285

**Cavalry Portfolio Svc/Citi Aadvantage NA**
Attn: Bankruptcy Department
500 Summit Lake, Suite 400
Valhalla, NY 10595

**Cavalry SPV I, LLC as assignee of Citibank, N.A.**
500 Summit Lake Drive Ste 400
Valhalla, NY 10595

**Chase Card Services**
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

**Chase Card Services**
c/o GC Services limited Partnership
PO Box 1280

Oaks, PA 19456

**Chase Card Services**
PO Box 15369
Wilmington, DE 19850

**Credit Control, LLC**
5757 Phantom Drive
Suite 330
Hazelwood, MO 63042

**Financial Recovery Services Inc**
PO Box 385908
Minneapolis, MN 55438

**GC Services Ltd Partnership**
PO Box 1545
Houston, TX 77251

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

**Massachusetts Department of Revenue**
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

**Midland Credit Management**
PO Box 301030
Los Angeles, CA 90030

**Midland Credit Management, Inc.**
PO Box 2037
Warren, MI 48090

**MOHELA**
633 Spirit Drive

Chesterfield, MO 63005

**MOHELA**
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005

**Nationwide Credit, Inc.**
PO Box 14581
Des Moines, IA 50306

**NCB Management Service**
PO Box 1099
Langhorne, PA 19047

**Performance Finance**
10509 Professional Circle S
Reno, NV 89521

**Petro Holdings, Inc.**
D/B/A: Atlas Glen-Mor Oil Co.
295 Eastern Ave
Chelsea, MA 02150

**Portfolio Recovery Associates, LLC**
POB 41067
NORFOLK, VA 23541

**Quicken Loans**
1050 Woodward Ave
Detroit, MI 48226

**Quicken Loans**
Attn: Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226

**Quicken Loans, LLC**
635 Woodward Avenue
Detroit, MI 48226

**Schreiber/Cohen LLC**
53 Stiles Road
Suite A102
Salem, NH 03079

**Sunrise Credit Services, Inc.**
PO Box 9100
Farmingdale, NY 11735

**Wayfinder BK as agent for Performance Finance**
PO Box 64090
Tucson, AZ 85728-4090